IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JACOB ALEX JOHNSON**, *et al.*, <br> Plaintiffs, | § <br> § <br> § <br> § <br> § <br> § <br> § | <br> <br> <br> EP-23-CV-85-KC |
| **MIKE GRIFFIS**, Sheriff, *et al.*, <br> Defendants. | | |

## FINAL JUDGMENT

In accordance with the Dismissal Order signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Plaintiff Jacob Alex Johnson's civil rights complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED**.

**IT IS FINALLY ORDERED** that the District Clerk shall **CLOSE** this case.

**SO ORDERED**.

**SIGNED** this 1st day of March, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE